**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **GERARDO CASTRO,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-05562 |
| | ) | |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | |
| **MENARD, INC., d/b/a MENARDS,** | ) | Honorable Sunil R. Harjani, |
| | ) | Magistrate Judge |
| | ) | |
| Defendant. | ) | |

**FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, GERARDO CASTRO, by and through his attorneys, Robert A. Langendorf, P.C. and Law Office of Kenneth A. Fishman, P.C., and complains of the Defendant, MENARD, INC., d/b/a MENARDS, and in support thereof states as follows:

**GENERAL ALLEGATIONS**

1. At all relevant times stated herein, Defendant, MENARD, INC., d/b/a MENARDS, owned, operated, managed, maintained, inspected, controlled, and/or leased the premises located at or about 6401 Grand Avenue in the City of Gurnee, County of Lake, and State of Illinois.

2. On or about July 21, 2021, Plaintiff, GERARDO CASTRO, was lawfully on the aforementioned premises as a business invitee.

3. At the aforesaid time and place, Plaintiff, while pushing a handcart provided by Defendant on the Defendant's premises and while using it within its intended purpose, was knocked to the ground by the aforesaid handcart when it was stuck in a broken and/or otherwise defective portion of the concrete flooring of the Defendant's premises at or about the front doors, causing Plaintiff bodily injuries.

4. At the aforesaid time and place, Defendant, MENARD, INC., d/b/a MENARDS, by and through its agents, servants, and/or employees, knew or should have known that the area near the front door was dangerous and unsafe for pedestrians and failed to post warnings of such dangerous conditions.

5. At the aforesaid time and place, Defendant, MENARD, INC., d/b/a MENARDS, by and through its agents, servants, and/or employees, knew or should have known that the handcarts provided for business invitees were dangerous and unstable and failed to post warnings of such dangerous conditions.

6. That at all relevant times stated herein, Plaintiff, GERARDO CASTRO, was exercising due care and caution for their safety and was free from any and all contributory negligence.

7. At the time and place aforesaid, Defendant, MENARD, INC., d/b/a MENARDS, by and through its agents, servants, and/or employees, breached its duty in one or more of the following ways:

   a. Carelessly and negligently owned, operated, managed, maintained, inspected, controlled, and/or leased said premises;

   b. Carelessly and negligently allowed said property to exist in a dangerous and defective condition;

   c. Carelessly and negligently failed to post proper warnings of the dangerous conditions that existed, knowing, or where it should be known in the exercise of reasonable care, that such warnings were necessary to ensure the safety of the Plaintiff and all others present;

   d. Carelessly and negligently failed to properly maintain said premises and said handcarts upon the premises for safe use by business invitees, including the Plaintiff;

   e. Carelessly and negligently failed to correct the aforesaid defective condition;

   f. Carelessly and negligently failed to provide a safe and reasonable means of egress from the Defendant's premises.

8. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, MENARD, INC., d/b/a MENARDS, the Plaintiff, GERARDO CASTRO, then and there sustained severe and permanent injuries and was, and will be hindered and prevented from attending to their usual duties and affairs of life, and has lost and will lose, the value of that time as aforementioned. Further, Plaintiff, GERARDO CASTRO, suffered great pain and anguish, both in mind and body and will in the future continue to suffer. Plaintiff further expended and became liable for large sums of money for medical care and services while endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, GERARDO CASTRO, demands judgment against the Defendant, MENARD, INC., d/b/a MENARDS, individually in a sum greater than $50,000.00 (Fifty Thousand Dollars) plus costs of this suit and any other relief this court deems fair and just.

Respectfully Submitted,

/S/ Robert A. Langendorf
Robert A. Langendorf (ARDC No. 3127328)
**ROBERT A. LANGENDORF. PC**
134 North La Salle Street, Suite 1515A
Chicago IL 60602-1173
T (312) 782-5933
F (312) 377-1771
robert@langendorfpc.com
*Attorney for Plaintiff, Gerardo Castro*

/S/ Kenneth A. Fishman
Kenneth A. Fishman (ARDC No. 6204222)
**LAW OFFICE OF KENNETH A. FISHMAN, P.C.**
134 North La Salle Street, Suite 1515B
Chicago IL 60602-1173
T (312) 346-1624
F (312) 346-6521
ken@fishmanlaw.com
*Attorney for Plaintiff, Gerardo Castro*