## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Gerardo Castro
                     Plaintiff,

v.                                                    Case No.: 1:23–cv–05562
                                                      Honorable Matthew F. Kennelly

Menard, Inc
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 3, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The Court approves the entry of a schedule that bifurcates liability and fact discovery but does so conditioned upon the parties meeting the schedule upon which they have agreed, as set forth in this order. Rule 26(a)(1) disclosures are to be made by 10/17/2023. Written discovery requests are to be served by 11/7/2023. The deadline for amending the pleadings and adding parties is 4/10/2024. Fact discovery relating to liability is to be completed by 4/10/2024. The deadline for filing dispositive motions relating to liability is 5/10/2024. The telephonic status hearing set for 10/10/2024 is vacated and reset to 12/15/2023 at 9:05 AM, using the following call–in number: 888–684–8852, access code 746–1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.